# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1582
_____

KEVIN MICHAEL LaCAMERA,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and ALYSSA JEAN
ANIKEYEV,

    Appellees.

_____

On appeal from the Department of Revenue, Child Support
Program.
Ann Coffin, Director.

July 21, 2026

PER CURIAM.

    AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Kevin Michael LaCamera, pro se, Appellant.

Sarah C. Prieto, Fort Lauderdale, for Appellee Department of Revenue.

No appearance for Appellee Alyssa Jean Anikeyev.